IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FRANCISCO GARCIA, <br>     Plaintiff, | § <br> § <br> § | |
| vs. | § <br> § | CIVIL ACTION NO. 4:11-cv-00144 |
| CITY OF SHERMAN, TEXAS <br>     Defendant. | § <br> § <br> § | |

## ORDER OF DISMISSAL

On this date came on to be considered the above-styled and numbered cause and the Joint Motion to Dismiss with Prejudice [de #79] therein of Plaintiff Francisco Garcia and the Defendant City of Sherman, Texas. Having carefully considered said Joint Motion, and after being otherwise fully advised in the premises, this court now concludes that said Joint Motion is meritorious, and finds that all matters of fact and things in controversy between the parties hereto, in whatever capacity suing or sued, have been fully and finally resolved and settled, and that all of Plaintiff's claims in the above styled and numbered cause should be, and hereby are, dismissed with prejudice to the refiling of same, in whole or in any part, with related fees and costs of court to be borne by the respective parties incurring same.

Therefore, it is now HEREBY ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause and all claims asserted therein by Plaintiff be and hereby are DISMISSED with prejudice to the refiling of same in whole or in any part or any form. The respective parties shall each bear their own related fees and costs of court as may have been incurred.

**SIGNED this the 21st day of May, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE